IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDRITZEL MARTIN-BEAVERS**                                                                 **PLAINTIFF**

VS.                                         **4:13CV0070-BRW**

**BAPTIST HEALTH**                                                                                **DEFENDANT**

**JUDGMENT ON JURY VERDICT**

This action came on for trial February 11, 2014, before the Court and a jury, the Honorable Billy Roy Wilson, United States District Judge, presiding. At the conclusion of the evidence, the issues having been duly tried, and after deliberating thereon, the jury returned a verdict on February 13, 2014 in favor of the defendant, Baptist Health.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Edritzel Martin-Beavers, take nothing on her complaint against the defendant, Baptist Health, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 13th day of February, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE